UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE KAW,

      Plaintiff,

vs.                              CASE NO: 8:07-cv-02222-T-33TGW

SCHOOL DISTRICT OF
HILLSBOROUGH COUNTY,

      Defendant
_____/

## INDEX OF DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. Deposition Transcript of Plaintiff, Sherrie Kaw, taken July 7, 2008 with exhibits

2. Deposition Transcript of ESE Supervisor Mikki Kenny, taken May 19, 2008

3. Deposition Transcript of Former Principal of Benito Middle School, Bobby Smith, taken October 3, 2008

4. Exhibits to Bobby Smith's October 3, 2008 Deposition

5. Deposition Transcript of Former Secretary to Principal, Mary Farruggio, taken August 25, 2008

6. Exhibits to Mary Farruggio's August 25, 2008 Deposition

7. Deposition Transcript of B.V.'s Parent, A.V., taken October 2, 2008

8. Exhibits to A.V.'s October 2, 2008 Deposition

9. Affidavit of North Tampa Christian Academy, dated October 31, 2008

10. Exhibits to Affidavit of North Tampa Christian Academy

11. Affidavit of Former Principal, Bobby Smith, dated October 30, 2007

12. Exhibit to Affidavit of Bobby Smith