UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE KAW,

    Plaintiff,
v.                            Case No. 8:07-cv-2222-T-33TGW

SCHOOL BOARD OF HILLSBOROUGH
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

This matter is before the Court pursuant to Defendant's Motion in Limine to Exclude the Use of Joseph Trumbach's Deposition in Lieu of Live Testimony (Doc. # 97), which was filed on April 27, 2009. Plaintiff filed a response in opposition to the motion on April 28, 2009. (Doc. # 102).

On March 17, 2009, this Court entered its pretrial order (Doc. # 70) designating the deadline for filing motions in limine as April 4, 2009. The aforementioned motion in limine, filed on April 27, 2009, is untimely and will be denied.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant's Motion in Limine to Exclude the Use of Joseph Trumbach's Deposition in Lieu of Live Testimony (Doc. # 97) is **DENIED** as untimely.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of June, 2009.

                                         VIRGINIA M. HERNANDEZ COVINGTON
                                            UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record