```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

SHERRIE KAW,

               Plaintiff,

v.                               Case No. 8:07-cv-2222-T-33TGW

SCHOOL DISTRICT OF
HILLSBOROUGH COUNTY,

               Defendant.
_____/

## **ORDER**

This matter is before the Court pursuant to Plaintiff's Unopposed Motion to be Excused from Portions of the Trial Period (Doc. # 107), filed on June 4, 2009, as well as Defendant's Unopposed Motion for Protection from Trial (Doc. # 108), which was filed on June 5, 2009.

This case is set for a jury trial during the July trial term, which commences on July 7, 2009. Plaintiff seeks protection from trial from July 6, 2009 to July 10, 2009, as well as from July 27, 2009 to July 31, 2009, because Plaintiff's attorney has family plans during that period. In addition, Plaintiff's attorney will be unavailable due to activity in another case from August 1, 2009 to August 15, 2009.

Defendant, on the other hand, seeks protection from trial from July 13, 2009 to July 17, 2009, from July 20, 2009 to

July 24, 2009, and from July 27, 2009 to July 31, 2009, due to the unavailability of a key witness.

Both motions for protection from trial are unopposed and are due to be granted for good cause shown. Furthermore, in light of the scheduling conflicts noted above, this Court continues the trial from the July 2009, trial term to the August 2009, trial term.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Plaintiff's Unopposed Motion to be Excused from Portions of the Trial Period (Doc. # 107) is **GRANTED**.

(2) Defendant's Unopposed Motion for Protection from Trial (Doc. # 108) is **GRANTED**.

(3) The trial of this case is continued from the July 2009, trial term to the August 2009, trial term.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 10th day of June, 2009.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record