UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE KAW,

    Plaintiff,

v.    Case No. 8:07-cv-2222-T-33TGW

SCHOOL BOARD OF HILLSBOROUGH
COUNTY, FLORIDA,

    Defendant.
_____/

### **ORDER**

This matter is before the Court pursuant to Defendant's Motion in Limine to Exclude Evidence of Damages Not Listed in the Pretrial Statement (the "Motion" Doc. # 75), which was filed on April 3, 2009. Plaintiff filed a response in opposition to the Motion on April 16, 2009. (Doc. # 83).

Defendant seeks an order excluding evidence of damages not listed in the pretrial statement. This Court denies the Motion without prejudice.

In the pretrial statement, filed on February 3, 2009, Plaintiff itemized her damages as follows:

> Lost wages - $10,966.48;
> Compensatory Damages - pain, suffering and anguish are unliquidated;
> Attorney's fees and costs - estimated to be $150,000 after trial.

(Doc. # 52 at 5).

In the Motion, Defendant takes a preemptive strike at the possibility that Plaintiff may present evidence concerning damages not listed in the pretrial statement.  Defendant correctly contends, "Damages not requested in the pretrial statement are considered waived." (Doc. # 75 at 1).  However, Plaintiff contends that she will offer evidence in support of the categories of damages listed above.  Plaintiff correctly notes that she is not "bound to the exact cent of its calculation of damages in [the] pretrial statement." (Doc. # 83 at 2).

This Court denies the Motion because there is no indication that Plaintiff is seeking a category of damages not specified in the pretrial statement. See Mock v. Bell Helicopter Textron, Inc., 6:04-cv-1415, 2007 U.S. Dist. LEXIS 70485, at * 17-21 (M.D. Fla. Sept. 24, 2007)(excluding lost retirement benefits not included as a category of damages in the pretrial statement).

Defendant may renew this Motion in the instance that Defendant learns that Plaintiff intends to present a specific category of damages not enumerated in the pretrial statement.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant's Motion in Limine to Exclude Evidence of

Damages Not Listed in the Pretrial Statement (Doc. # 75) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 7th day of July, 2009.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record