UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE KAW,

        Plaintiff,

v.                         Case No. 8:07-cv-2222-T-33TGW

SCHOOL BOARD OF HILLSBOROUGH
COUNTY, FLORIDA,

        Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant's Motion in Limine to Strike and Exclude Expert Opinions from Dr. Curtis and Dr. Szabo (Doc. # 78), which was filed on April 3, 2009. Plaintiff filed a response in opposition on April 16, 2009. (Doc. # 85).

Defendant seeks an order barring Dr. Curtis and Dr. Szabo from offering expert testimony during the trial. Upon consideration of the motion and response, this Court determines that it requires further information from the parties before issuing a decision.

Plaintiff disclosed Dr. Curtis and Dr. Szabo in her pretrial statement, filed on February 3, 2009, as follows:

> Anne Curtis is Sherrie Kaw's treating physician who diagnosed Ms. Kaw's condition.
> . . . .
> Dr. Szabo is Sherrie Kaw's treating psychologist regarding her current mental state and psychological conditions.

(Doc. # 52 at 4-5).

This Court remarked at the pretrial conference held on February 5, 2009, that Plaintiff was required to supplement these vague disclosures so that the Court could undertake an analysis of the alleged experts' testimony and qualifications. (Doc. # 60 at 12-20). To this Court's knowledge, Plaintiff has not supplemented the record.

As to Plaintiff's alleged experts, the Court's file contains only (1) a one-page letter from Dr. Curtis dated February 17, 2009; (2) a one-page letter from Dr. Szabo dated March 26, 2009; and (3) twenty pages of cryptic, hand-written progress reports detailing Plaintiff's care authored by Dr. Szabo. (Doc. # 78-3-5). These documents were actually furnished to the Court by Defendant, rather than by Plaintiff.

In the instance that Plaintiff seeks to elicit expert testimony from the aforementioned physicians, Plaintiff is directed to file with this Court the expert reports (and associated documents, *i.e. Curriculum Vitae*) of both physicians within seven days of the date of this Order.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

Plaintiff shall supplement the record as directed in this

Order within seven days of the date of this Order.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 8th day of July, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record