UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE KAW

    Plaintiff,

v.                            Case No. 8:07-cv-2222-T-33TGW

THE SCHOOL BOARD OF HILLSBOROUGH
COUNTY, FLORIDA

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to the parties' Joint Motion for Permission to use Laptop Computers and Cellular Phones During Trial (Doc. # 98), which was filed on April 27, 2009.

The Court notes that the use of computers and telephones by counsel in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla., however, this Court will allow each of the following attorneys to bring one laptop computer and one cellular phone into the Courthouse for use during this trial:

(1) Matthew W. Dietz

(2) Thomas M. Gonzalez

It should be noted that taking pictures inside the Courthouse with camera telephones is forbidden. Also, counsel shall place any cellular telephone on vibrate, and restrain

the use of the cellular telephone to the exterior of the Courthouse. Further, any cellular telephone, computer, and all other technological equipment are subject to inspection at any time by the Court Security Officers and United States Marshals. Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties' Joint Motion for Permission to use Laptop Computers and Cellular Phones During Trial (Doc. # 98) is **GRANTED** consistent with the foregoing requirements.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 9th day of July 2009.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copies to:
All counsel of record
U.S. Marshals Service