UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE KAW,

        Plaintiff,

v.                      Case No. 8:07-cv-2222-T-33TGW

SCHOOL DISTRICT OF
HILLSBOROUGH COUNTY,

        Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Defendant's Unopposed Filing of Proposed Date for Trial (Doc. # 127), filed on August 21, 2009. Defendant indicates that "[t]he parties have conferred and request trial of this matter be held during the week of October 26, 2009." (Doc. # 127 at 1).

This Court does not grant date-certain trials absent extraordinary circumstances, which are not present in this case.[1] However, the Court will do its best to accommodate the parties. The Court will reach this case before the end of the calendar year, but not necessarily during the week of October 26, 2009. The Court will give the parties as much notice as possible prior to the trial date. In light of the parties'

---

[1] In the instance that the parties require a date-certain trial, the parties are advised to consider consenting to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c)(1).

submission, the Court places this case on the trial term commencing October 5, 2009.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

This case is placed on the October 2009 trial term.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of August 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record