UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRIE KAW,

    Plaintiff,

v.                            Case No.: 8:07-cv-2222-T-33TGW

THE SCHOOL BOARD OF HILLSBOROUGH
COUNTY,

    Defendant.
_____/

## VERDICT FORM

**DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE:**

1. That the Plaintiff was "regarded as" having an impairment that would be a "disability," as defined in the Court's Instructions?

    YES __X__    NO _____

    If you answered "Yes" to question 1, proceed to question 2.

    If you answered "No" to question 1, your verdict is for the Defendant. Do not answer any further questions. Please proceed to the end and sign and date the verdict form.

2. That the Plaintiff was a "qualified individual" as defined in the Court's Instructions?

    YES __✓__    NO _____

    If you answered "Yes" to question 2, proceed to question 3.

    If you answered "No" to question 2, your verdict is for the Defendant. Do not answer any further questions. Please proceed to the end and sign and date the verdict form.

1

3. That the Defendant's belief that Plaintiff had a disability was a substantial or motivating factor that prompted the Defendant to terminate the Plaintiff's employment?

   YES __✗__   NO _____

   If you answered "Yes" to question 3, your verdict is for the Plaintiff. Please proceed to question 4.

   If you answered "No" to question 3, your verdict is for the Defendant. Do not answer any further questions. Please proceed to the end and sign and date the verdict form.

### Damages

4. Did the Plaintiff prove by a preponderance of the evidence that she should be awarded damages to compensate for net loss of wages to the date of trial?

   YES __✗__   NO _____

   If you answered "Yes" to question 4, enter the amount of damages on the line below, and proceed to question 5.

   If you answered "No" to question 4, do not enter any amount on the line below, and proceed to question 5.

   If you answer "Yes," in what amount? $ __4,000.00__
   (If none, enter "none").

5. Did the Plaintiff prove by a preponderance of the evidence that she should be awarded damages to compensate for emotional pain and mental anguish?

   YES __✗__   NO _____

   If you answered "Yes" to question 5, enter the amount of damages on the line below and then sign and date the verdict form.

   If you answered "No" to question 5, do not enter any

2

amount on the line below and then sign and date the verdict form.

If you answer "Yes," in what amount? $ _6,000.00_
(If none, enter "none").

SO SAY WE ALL.

DATED this _oct 9th_ day of October, 2009, at Tampa, Florida.

_Wesley L. Wage_
FOREPERSON

3