# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**SHERRIE KAW,**

      **Plaintiff,**

                                        **Case No.: 8:07-cv-02222-T-33TGW**

**v.**

**SCHOOL BOARD OF
HILLSBOROUGH COUNTY, FLORIDA,**

      **Defendant.**

_____/

STATE OF FLORIDA      )
                             )
COUNTY OF HILLSBOROUGH )

## AFFIDAVIT OF THOMAS M. GONZALEZ

BEFORE ME, the undersigned authority, personally appeared THOMAS M. GONZALEZ, who after being duly sworn, deposes and says as follows:

1.     I am a shareholder of the firm of Thompson, Sizemore, Gonzalez, & Hearing, P.A., of Tampa, Florida. We represent the Defendant, School Board of Hillsborough County, Florida, in the above-styled action. I am giving this affidavit in support of the Defendant's Bill of Costs.

2.     To the best of my knowledge and belief, the court reporter services listed below are correct and have been necessarily incurred in the defense of this action. The services for which costs have been charged were actually and necessarily performed. Invoices for these costs are attached hereto as **Exhibit A**.

| DATE | DESCRIPTION | COST |
|------|-------------|------|
| 06/06/08 | Transcript fees from deposition of Mikki Kenny (Michael Musetta & Associates, Inc.) | $215.00 |
| 07/17/08 | Court reporter and transcript fees from deposition of Sherrie Kaw (Michael Musetta & Associates, Inc.) | $824.75 |
| 07/17/08 | Transcript fees from depositions of Charles Raburn and Joseph Trumbach (Michael Musetta & Associates, Inc.) | $238.25 |
| 08/18/08 | Transcript fees from deposition of Barbara Bobolts (Michael Musetta & Associates, Inc.) | $50.00 |
| 08/29/08 | Transcript fees from deposition of Starla Rohl (Michael Musetta & Associates, Inc.) | $150.00 |
| 09/04/08 | Transcript fees from deposition of Mary Farruggio (Michael Musetta & Associates, Inc.) | $208.25 |
| 10/20/08 | Transcript fees from deposition of Athena Valencia (Michael Musetta & Associates, Inc.) | $522.50 |
| 10/21/08 | Transcript fees from deposition of Bobby Smith (Michael Musetta & Associates, Inc.) | $286.75 |
| 03/18/09 | Transcript fee for pretrial hearing | $258.75 |
| 04/02/09 | Transcript fees from depositions of Judith Honsberger, Cristina Benito, and Cynthia Crawford (Michael Musetta & Associates, Inc.) | $687.89 |
| 10/06/09 | Transcript fees for Trial excerpts of 10/5/09 (Paul K. Spangler) | $1, 131.00 |
| 10/12/09 | Transcript fees for Trial (S.L.J. of Tampa) | $3,781.25 |
| 10/21/09 | Transcript fees for Trial of 10/5/09 | $393.60 |

**SUBTOTAL** **$8,747.99**

3. To the best of my knowledge and belief, the copies listed below were copies of discovery material, documents provided to the Plaintiff, pleadings, correspondence, and other documents prepared for submission to the Court or necessary to the preparation of the defense and trial of this case. Invoices for these costs are attached hereto as **Exhibit B**.

| DATE | DESCRIPTION | COST |
|---|---|---|
| 06/11/08 | Check to Health Port for Plaintiff's medical records | $101.99 |
| 06/18/08 | Check to Health Port for Plaintiff's medical records | $95.57 |
| 07/07/08 | Check to Health Port for Plaintiff's medical records | $86.21 |
| 07/11/08 | Check to Health Port for USF medical records of Plaintiff | $95.30 |
| 08/11/08 | Check to Dr. Szabo for Plaintiff's medical records | $19.00 |
| 08/12/08 | Check to Health Port for Plaintiff's medical records | $99.11 |
| 09/16/08 | Check to Matthew Dietz for production of documents | $168.00 |
| 10/17/08 | Check to Health Port for Plaintiff's medical records | $107.64 |
| 03/31/09 | Copies (Exhibits for trial) | $128.40 |
| 04/30/09 | Copies (Exhibits for trial) | $206.60 |
| | **SUBTOTAL** | **$1,107.82** |

4. To the best of my knowledge and belief, the costs listed below were costs for fees of process of service of witnesses, witness fees for depositions and trial. Costs necessary to the preparation of the defense and trial of this case. Invoices for these costs are attached hereto as **Exhibit C**.

| DATE | DESCRIPTION | COST |
|---|---|---|
| 08/27/08 | Check to Athena Valencia for witness fee and mileage for Deposition | $47.02 |
| 09/02/08 | Check to MercuryServe, Inc. for process service on Athena Valencia for service | $80.00 |
| 10/31/08 | Check to MercuryServe, Inc. for process service on Record Custodian of New Tampa Christian Academy | $60.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 03/16/09 | Check to Bobby Smith for witness fee and mileage for trial | $77.40 |
| 03/16/09 | Check to Joe Trumback for witness fee and mileage for trial | $59.80 |
| 03/16/09 | Check to Mary Farruggio for witness fee and mileage for trial | $60.90 |
| 03/16/09 | Check to Dr. Szabo for witness fee and mileage for trial | $48.80 |
| 03/19/09 | Check to MercuryServe, Inc. for service on Mary Farruggio | $30.00 |
| 03/19/09 | Check to MercuryServe, Inc. for service on Joe Trumbach | $30.00 |
| 03/25/09 | Check to Cynthia Crawford for witness fee and mileage for trial | $64.75 |
| 03/25/09 | Check to MercuryServe, Inc. for process service on Cynthia Crawford | $90.00 |
| 03/30/09 | Check to Dr. Valencia for witness fee and mileage for trial | $52.10 |
| 03/30/09 | Check to MercuryServe, Inc. for process service on Dr. Szabo | $60.00 |
| 04/02/09 | Check to MercuryServe, Inc. for process service on Dr. Valencia | $30.00 |
| 04/15/09 | Check to MercuryServe, Inc. for process service on Record Custodian of Tampa General Hospital | $30.00 |
| 05/11/09 | Check to MercuryServe, Inc. for process service on Dr. Bobby Smith | $100.00 |
| 06/12/09 | Check to Epperson & Associates, Inc. for service on New Tampa Christian Academy | $30.00 |
| 09/24/09 | Check to Epperson & Associates, Inc. for service on Dr. Curtis | $40.00 |

**SUBTOTAL** **$990.77**

**TOTAL** **$10,846.58**

FURTHER AFFIANT SAYETH NAUGHT.



AFFIANT – THOMAS M. GONZALEZ

SWORN TO and subscribed before me this 11th day of May, 2010, by THOMAS M.

GONZALEZ, who is personally known to me.

(SEAL)

> KAREN S. HARRIS
> MY COMMISSION # DD 905024
> EXPIRES: November 5, 2013
> Bonded Thru Notary Public Underwriters

Karen S Harris

NOTARY PUBLIC (Signature)

KAREN S HARRIS

NOTARY PUBLIC (Printed Name)

5

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Thompson, Sizemore Gonzalez & Hearing, PA |
| 201 North Franklin Street |
| Suite 1600 |
| Tampa, Fl 33602 |
| Attention:  Caren R. Skversky, Esquire |

# Invoice

| Date | Invoice # |
| --- | --- |
| 6/6/2008 | 54564 |

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 5/19/2008 | Net 30 | 7/6/2008 | JT |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Sherrie Kaw vs. School District of Hillsborough County  *34.580* | | |
| | Deposition of Mikki Kenny | | |
| 86 | One Copy of Transcript | 2.50 | 215.00 |
| | Condensed Transcript | 0.00 | 0.00 |

*HCSB/Sherrie Kaw*
*34.580*
*POSTED*
*(TMG & CRS)*

*PAID*
*JUN 27 2008*
*BY: 31449*

| | |
| --- | --- |
| **Total** | $215.00 |
| **Balance Due** | $215.00 |

**WE ACCEPT VISA, MASTERCARD, AND AMEX**

Tax ID# 59-2469890



EXHIBIT
A

**We Appreciate your business.**

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

**Bill To**

Thompson, Sizemore Gonzalez & Hearing, PA
201 North Franklin Street
Suite 1600
Tampa, Fl 33602
Attention:   Tom Gonzalez, Esquire

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/17/2008 | 55425 |

*34.580*

| Assignment Date | Terms | Due Date | Rep |
|-----------------|-------|----------|-----|
| 7/7/2008 | Net 30 | 8/16/2008 | EF |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Sherrie Kaw  vs.  School District of Hillsborough County | | |
| | Deposition of Sherrie Kaw | | |
| 1 | Attendance First Hour | 70.00 | 70.00 |
| 3 | Attendance  - Additional Hours | 40.00 | 120.00 |
| 140 | Original and One Copy | 4.50 | 630.00 |
| 19 | Exhibit Pages | 0.25 | 4.75 |
| | Condensed Transcript | 0.00 | 0.00 |

CA54   POSTED

| | |
|---|---|
| **Total** | $824.75 |
| **Balance Due** | $824.75 |

WE ACCEPT VISA, MASTERCARD, AND AMEX

Tax ID# 59-2469890


PAID   AUG 1 3 2008   PAID
BY: 31739

We Appreciate your business.

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

**Bill To**

Thompson, Sizemore Gonzalez & Hearing, PA
201 North Franklin Street
Suite 1600
Tampa, Fl 33602
Attention: Tom Gonzalez, Esquire

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/17/2008 | 55427 |

*34,500*

| Assignment Date | Terms | Due Date | Rep |
|-----------------|-------|----------|-----|
| 7/8/2008 | Net 30 | 8/16/2008 | EF |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Sherrie Kaw vs. School District of Hillsborough County | | |
| | Depositions of Charles Raburn and Joseph Trumbach | | |
| 46 | One Copy of Transcript - Charles | 2.50 | 115.00 |
| 49 | One Copy of Transcript - Joseph | 2.50 | 122.50 |
| 3 | Exhibit Pages | 0.25 | 0.75 |
| | Condensed Transcript | 0.00 | 0.00 |

*CA54 -* POSTED

| | | |
|---|---|---|
| **Total** | | $238.25 |
| **Balance Due** | | $238.25 |

**WE ACCEPT VISA, MASTERCARD, AND AMEX**

**Tax ID# 59-2469890**


PAID
AUG 1 3 2008
BY: *31739*

**We Appreciate your business.**

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

**Bill To**

Thompson, Sizemore Gonzalez & Hearing, PA
201 North Franklin Street
Suite 1600
Tampa, Fl 33602
Attention:   Caren R. Skversky, Esquire

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/18/2008 | 56085 |

| Assignment Date | Terms | Due Date | Rep |
|-----------------|-------|----------|-----|
| 7/29/2008 | Net 30 | 9/17/2008 | CLB |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 20 | Sherrie Kaw  vs.  School District of Hillsborough County<br>Deposition of Barbara J. Bobolts<br>One Copy of Transcript | 2.50 | 50.00 |

POSTED

RECEIVED
THOMPSON, SIZEMORE, GONZALEZ & HEARING

PAID
SEP - 8 2008
BY: 31876

Our Ref: 34.580 (Kaw)

| | |
|--|--|
| **Total** | $50.00 |
| **Balance Due** | $50.00 |

**WE ACCEPT VISA, MASTERCARD, AND AMEX**

**Tax ID# 59-2469890**

**We Appreciate your business.**

RECEIVED
AUG 1 9 2008
THOMPSON, SIZEMORE, GONZALEZ & HEARING

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Thompson, Sizemore Gonzalez & Hearing, PA |
| 201 North Franklin Street |
| Suite 1600 |
| Tampa, Fl 33602 |
| Attention: Caren R. Skversky, Esquire |

## Invoice

| Date | Invoice # |
| --- | --- |
| 8/29/2008 | 56391 |

*34,580*

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 8/12/2008 | Net 30 | 9/28/2008 | DD |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Sherrie Kaw vs. School District of Hillsborough County | | |
| | Deposition of Starla Rohl | | |
| 60 | One Copy of Transcript | 2.50 | 150.00 |
| | Condensed Transcript | 0.00 | 0.00 |

POSTED

PAID
SEP - 8 2008
BY 31876

| | |
| --- | --- |
| **Total** | $150.00 |
| **Balance Due** | $150.00 |

**WE ACCEPT VISA, MASTERCARD, AND AMEX**

**Tax ID# 59-2469890**

**We Appreciate your business.**

RECEIVED
AUG 2 9 2008
THOMPSON, SIZEMORE, GONZALEZ & HEARING

14621

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
|---|
| Thompson, Sizemore Gonzalez & Hearing, PA |
| 201 North Franklin Street |
| Suite 1600 |
| Tampa, Fl 33602 |
| Attention: Caren R. Skversky, Esquire |

## Invoice

HCSB/Kaw
34.580

| Date | Invoice # |
|---|---|
| 9/4/2008 | 56536 |

| Assignment Date | Terms | Due Date | Rep |
|---|---|---|---|
| 8/25/2008 | Net 30 | 10/4/2008 | CL |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | Sherrie Kaw vs. School District of Hillsborough County | | |
| | Deposition of Mary Farruggio | | |
| 81 | One Copy of Transcript | 2.50 | 202.50 |
| 23 | Exhibit Pages | 0.25 | 5.75 |
| | Condensed Transcript | 0.00 | 0.00 |

PAID
POSTED   PAID   SEP - 8 2008   PAID
BY: 31876

OKAN

| | Total | $208.25 |
|---|---|---|
| WE ACCEPT VISA, MASTERCARD, AND AMEX | **Balance Due** | **$208.25** |

**Tax ID# 59-2469890**

**We Appreciate your business.**

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602



Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

**Bill To**

Thompson, Sizemore Gonzalez & Hearing, PA
201 North Franklin Street
Suite 1600
Tampa, Fl 33602
Attention: Caren R. Skversky, Esquire

# Invoice

| Date | Invoice # |
|---|---|
| 10/20/2008 | 57672 |

*34,580*

| Assignment Date | Terms | Due Date | Rep |
|---|---|---|---|
| 10/2/2008 | Net 30 | 11/19/2008 | LUPE |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | Sherrie Kaw vs. School District of Hillsborough County | | |
| | Deposition of Athena L. Valencia | | |
| 1 | Attendance First Hour | 70.00 | 70.00 |
| 1 | Attendance - Additional Hours | 40.00 | 40.00 |
| 82 | Original and One Copy | 4.75 | 389.50 |
| 92 | Exhibit Pages | 0.25 | 23.00 |
| | Condensed Transcript | 0.00 | 0.00 |

*Chg: Client Adv. - Unbilled*

RECEIVED
OCT 2 0 2008
THOMPSON, SIZEMORE, GONZALEZ & HEARING

PAID
NOV 1 8 2008
BY: 32199

| | Total | $522.50 |
|---|---|---|

**WE ACCEPT VISA, MASTERCARD, AND AMEX**

| **Balance Due** | $522.50 |
|---|---|

**Tax ID# 59-2469890**

**We Appreciate your business.**

# Michael Musetta & Associates, Inc.

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Thompson, Sizemore Gonzalez & Hearing, PA |
| 201 North Franklin Street |
| Suite 1600 |
| Tampa, Fl 33602 |
| Attention:   Caren R. Skversky, Esquire |

## Invoice

| Date | Invoice # |
| --- | --- |
| 10/21/2008 | 57708 |

*34.580*

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 10/3/2008 | Net 30 | 11/20/2008 | DD |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Sherrie Kaw  vs. School District of Hillsborough County | | |
| | Deposition of Bobby Smith | | |
| 101 | One Copy of Transcript | 2.75 | 277.75 |
| 36 | Exhibit Pages | 0.25 | 9.00 |
| | Condensed Transcript | 0.00 | 0.00 |

*HCSB/ Kaw*

POSTED

PAID
NOV 18 2008
BY: 32199

RECEIVED
OCT 2 1 2008
THOMPSON, SIZEMORE, GONZALEZ & HEARING

OK DD

| | Total | $286.75 |
| --- | --- | --- |
| WE ACCEPT VISA, MASTERCARD, AND AMEX | **Balance Due** | **$286.75** |

Tax ID# 59-2469890

We Appreciate your business.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 20090792

**—MAKE CHECKS PAYABLE TO:—**

Thomas M. Gonzalez, Esq.
Thompson, Sizemore & Gonzalez
201 N. Franklin St., Ste. 1600
P.O. Box 33601-0639
Tampa, FL 33601-0639

Phone: (813) 273-0050

tgonzalez@tsglaw.com

SHERRILL L. JACKSON
SLJ of Tampa, Inc.
Sherrill L. Jackson, RPR, FPR
801 N. Florida Ave., Suite 13A
Tampa, FL 33602

Phone: (813) 301-5041
FAX (813) 301-5688
Tax ID: 59-3607664
stenorella@aol.com

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 03-19-2009 | DATE DELIVERED: 04-13-2009 |

**Case Style:** 8:07-CV-2222-T-27TGW, Sherrie Kaw v School District of Hillsboro

Transcript of Proceedings before the Honorable James S. Moody, Jr., taken 3-11-09

*34.580*

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 39 | 3.65 | 142.35 | 39 | 0.90 | 35.10 | | 0.60 | | 177.45 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 177.45 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| **Check No: 32715** Deposit Date: 03-19-2009 | LESS AMOUNT OF DEPOSIT: 258.75 |
| **Check No: 2598** Refund Date: 04-13-2009 | TOTAL REFUND: 81.30 |
| Date Paid: Amt: | TOTAL DUE: $0.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 04-13-2009 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# *Michael Musetta & Associates, Inc.*

201 North Franklin Street
One Tampa City Center
Suite 3400
Tampa, FL 33602

Tel: 813-221-3171
Fax: 813-225-1714
Toll Free: 866-248-0866
E-Mail: mmusetta@gte.net

| Bill To |
| --- |
| Thompson, Sizemore Gonzalez & Hearing, PA<br>201 North Franklin Street<br>Suite 1600<br>Tampa, Fl 33602<br>Attention:   Caren R. Skversky, Esquire |

# Invoice

| Date | Invoice # |
| --- | --- |
| 4/2/2009 | 61528 |

*34,580*

| Assignment Date | Terms | Due Date | Rep |
| --- | --- | --- | --- |
| 3/30/2009 | Net 30 | 5/2/2009 | LUPE |

| Qty | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Sherrie Kaw  vs. School District  of Hillsborough County | | |
| | Depositions of Judith Honsberger, Cristina Benito and Cynthia Crawford | | |
| 0.5 | Attendance First Hour - One Half of Total - Your Portion | 70.00 | 35.00 |
| 0.5 | Attendance  - Additional Hours - One Half of Total - Your Portion | 40.00 | 20.00 |
| 0.5 | Attendance First Hour - One Half of Total - Your Portion | 70.00 | 35.00 |
| 0.5 | Attendance  - Additional Hours - One Half of Total - Your Portion | 10.00 | 5.00 |
| 24 | Original Transcript - Expedite - Judith - One Half of Total - Your Portion | 3.625 | 87.00 |
| 33 | Original Transcript - Expedite - Cristina - One Half of Total - Your Portion | 3.625 | 119.63 |
| 50 | Original Transcript - Expedite - Cynthia - One Half of Total - Your Portion | 3.625 | 181.25 |
| 24 | One Copy of Transcript - Judith - One Half of Total - Your Portion | 1.375 | 33.00 |
| 33 | One Copy of Transcript - Cristina - One Half of Total - Your Portion | 1.375 | 45.38 |
| 50 | One Copy of Transcript - Cynthia - One Half of Total - Your Portion | 1.375 | 68.75 |
| 343 | Exhibit Pages - One Half of Total - Your Portion | 0.125 | 42.88 |
| 0.5 | UPS - Shipping and Handling - One Half of Total - Your Portion | 15.00 | 7.50 |
| 0.5 | UPS - Shipping and Handling - One Half of Total - Your Portion | 15.00 | 7.50 |
| | Condensed Transcript | 0.00 | 0.00 |
| 1 | Email Sent Through Min-U-Script. | 0.00 | 0.00 |
| | Consist of ASCII,  Fullsize and Condensed as PDF File. | | |

| Total | $687.89 |
| --- | --- |
| **Balance Due** | **$687.89** |

**WE ACCEPT VISA, MASTERCARD, AND AMEX**

**Tax ID# 59-2469890**

We Appreciate your business.



PAID
MAY  7 2009
BY:

APR 0 3 2009

THOMPSON, SIZEMORE, GONZALEZ & HEARING



AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 20011441

### MAKE CHECKS PAYABLE TO:

Thomas M. Gonzalez, Esquire
Thompson, Sizemore & Gonzalez
201 North Franklin Street
Suite 1600
Tampa, FL 33602

Phone:  (813) 273-0050

sknox@tsg-law.com

Paul K. Spangler, RMR, FCRR
United States Court Reporter
U.S. District Court
801 North Florida Avenue
Tampa, FL 33602

Phone:  (813) 301-5898
FAX  (813) 301-5757

PKLS@AOL.COM

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 10-06-2009 | DATE DELIVERED: 10-06-2009 |

**Case Style:** 8:07CV2222, KAW v SCHOOL DISTRICT
Excerpts of Transcript of Trial Proceedings of October 5, 2009. (Opening Statements of Counsel and Direct Examination of Sherrie Kaw.) Transcript e-mailed to cskversky@tsghlaw.com

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 156 | 7.25 | 1,131.00 | | | | | | | 1,131.00 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 1,131.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $1,131.00 |

PAID
NOV 05 2009
BY 33839

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 10-26-2009 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)



# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

**INVOICE NO:** 20090863

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Thomas M. Gonzalez, Esq.<br>Thompson, Sizemore & Gonzalez<br>201 N. Franklin St., Ste. 1600<br>P.O. Box 33601-0639<br>Tampa, FL 33601-0639<br><br>Phone: (813) 273-0050<br><br>tgonzalez@tsglaw.com | SHERRILL L. JACKSON<br>SLJ of Tampa, Inc.<br>Sherrill L. Jackson, RPR, FPR<br>801 N. Florida Ave., Suite 13A<br>Tampa, FL 33602<br><br>Phone: (813) 301-5041<br>FAX (813) 301-5688<br>Tax ID: 59-3607664<br>stenorella@aol.com |

☐ CRIMINAL  ☒ CIVIL

**DATE ORDERED:** 10-09-2009  **DATE DELIVERED:** 10-12-2009

**Case Style:** 8:07-CV-2222-T-33TGW, Sherrie Kaw v School District of Hillsbor...

Transcript of Proceedings before the Honorable Virginal Hernandez Covington, taken 10-7-09 through 10-09-09 - JURY TRIAL **transcript delivered via email and in paper version**

T H A N K   Y O U ! ! !

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 625 | 6.05 | 3,781.25 | | 1.20 | | | 0.90 | | 3,781.25 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 3,781.25 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

**Date Paid:**   **Amt:**   **TOTAL DUE:** $3,781.25

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE  *Sherrill L. Jackson*   DATE  10-12-2009

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

INVOICE NO: 20011443

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Thomas M. Gonzalez, Esquire<br>Thompson, Sizemore & Gonzalez<br>201 North Franklin Street<br>Suite 1600<br>Tampa, FL 33602 | Paul K. Spangler, RMR, FCRR<br>United States Court Reporter<br>U.S. District Court<br>801 North Florida Avenue<br>Tampa, FL 33602 |
| Phone:  (813) 273-0050 | Phone:  (813) 301-5898<br>FAX       (813) 301-5757 |
| *sknox@tsg-law.com* | *PKLS@AOL.COM* |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED:<br>10-21-2009 | DATE DELIVERED:<br>10-21-2009 |
|---|---|---|

**Case Style:** 8:07-CV-2222, KAW v SCHOOL BOARD OF HILLSBOROUGH
Copy of Transcript of Trial Proceedings of 10/5/09 (Cross-examine of plaintiff.)
Copy of Transcript of Trial Proceedings of 10/6/09.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 328 | 1.20 | 393.60 | | | | 393.60 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 393.60 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| **Date Paid:** | | **Amt:** | | | | | TOTAL DUE: | | | $393.60 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE  10-21-2009

*(All previous editions of this form are cancelled and should be destroyed)*





OCT 2 1 2009

BY: 33775



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**HealthPort**
**INVOICE**

Invoice #: **0048368819**
Date: **06/11/2008**
Customer #: **1350881**

Ship to:
THOMAS M GONZALEZ
THOMPSON SIZEMORE AND GONZALEZ
201 N FRANKLIN ST STE 1600
TAMPA, FL 33602

Bill to:
THOMAS M GONZALEZ
THOMPSON SIZEMORE AND GONZALEZ
201 N FRANKLIN ST STE 1600
TAMPA, FL 33602

Records from:
U S F PHYSICIANS GROUP
12901 BRUCE B DOWNS BLVD
TAMPA, FL 33612

**Requested By:** THOMPSON SIZEMORE AND GONZALEZ   **OTHER:**   NA
**Patient Name:** KAW SHERRIE P

*34,580*

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 256 | 0.25 | 64.00 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 6.32 |
| Subtotal | | | 95.32 |
| Sales Tax | | | 6.67 |
| Invoice Total | | | 101.99 |
| Balance Due | | | 101.99 |

PAID  POSTED
PAID  JUN 27 2008  PAID
BY: 31479

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days

**Please remit this amount : $ 101.99 (USD)**

✂



**EXHIBIT**
B



HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**INVOICE**

**Invoice #:** 0048508726
**Date:** 06/18/2008
**Customer #:** 1350881

| Ship to: | Bill to: | Records from: |
|---|---|---|
| THOMAS M GONZALEZ<br>THOMPSON SIZEMORE AND GONZALEZ<br>201 N FRANKLIN ST STE 1600<br>TAMPA, FL 33602 | THOMAS M GONZALEZ<br>THOMPSON SIZEMORE AND GONZALEZ<br>201 N FRANKLIN ST STE 1600<br>TAMPA, FL 33602 | U S F PHYSICIANS GROUP<br>12901 BRUCE B DOWNS BLVD<br>TAMPA, FL 33612 |

**Requested By:** THOMPSON SIZEMORE AND GONZALEZ          **OTHER:**          NA
**Patient Name:** KAW SHERRIE

*34,580*

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 232 | 0.25 | 58.00 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 6.32 |
| Subtotal | | | 89.32 |
| Sales Tax | | | 6.25 |
| Invoice Total | | | 95.57 |
| Balance Due | | | 95.57 |

POSTED

PAID
PAID   JUN 27 2008   PAID
BY: 31479

**Pay your invoice online at www.HealthPortPay.com**

| Terms: Net 30 days | Please remit this amount : $ 95.57 (USD) |
|---|---|



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

## HealthPort
### INVOICE

Invoice #: **0048852453**
Date: **07/07/2008**
Customer #: 1350881

Ship to:

LENNON M CANTRELL
THOMPSON SIZEMORE ET AL
201 N FRANKLIN ST STE 1600
TAMPA, FL 33602-

Bill to:

LENNON M CANTRELL
THOMPSON SIZEMORE ET AL
201 N FRANKLIN ST STE 1600
TAMPA, FL 33602-

Records from:

U S F PHYSICIANS GROUP
12901 BRUCE B DOWNS BLVD
TAMPA, FL 33612

**Requested By:** THOMPSON SIZEMORE ET AL       **DOB:**
**Patient Name:** KAW SHERRIE P       **SSN:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 197 | 0.25 | 49.25 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 6.32 |
| Subtotal | | | 80.57 |
| Sales Tax | | | 5.64 |
| Invoice Total | | | 86.21 |
| Balance Due | | | 86.21 |

*medical needs*

*Debra
-34,580
Thx!
-Lennon*

*okow*

POSTED

PAID
JUL 23 2008
BY: 31657

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days       **Please remit this amount : $ 86.21 (USD)**



**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort.
## INVOICE

Invoice #: **0048941743**
Date: **7/11/2008**
Customer #: 1350881

| Ship to: | Bill to: | Records from: |
|---|---|---|
| LENNON CANTREL<br>THOMPSON SIZEMORE ET AL<br>201 N FRANKLIN ST STE 1600<br>TAMPA, FL 33602- | LENNON CANTREL<br>THOMPSON SIZEMORE ET AL<br>201 N FRANKLIN ST STE 1600<br>TAMPA, FL 33602- | USF DEPT. OF SURGERY<br>4 COLUMBIA DRIVE SUITE 650<br>TAMPA, FL 33606 |

*34.580*

**Requested By:** THOMPSON SIZEMORE ETAL   **DOB:**
**Patient Name:** KAW SHERRI P   **SSN:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 231 | 0.25 | 57.75 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 6.32 |
| Subtotal | | | 89.07 |
| Sales Tax | | | 6.23 |
| Invoice Total | | | 95.30 |
| Balance Due | | | 95.30 |

*medical Records for S. Kaw*

*PAID AUG 0 6 2008 BY: 31715*

*OK D2*

*POSTED*

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**   **Please remit this amount : $ 95.30 (USD)**

14521

# Stephen J. Szabo, M.D., P.A.
*Bay Area Psychiatric Consultants*

2901 W. Busch Blvd., Suite 603
Tampa, FL 33618
Phone (813) 932-9265  Fax (813) 935-4797

# INVOICE

DATE: AUGUST 11, 2008

**TO:**
THOMAS GONZALEZ
201 N. FRANKLIN ST STE 1600
TAMPA, FL 33602
813-723-0050

**FOR:**
Copies of Medical Records
Patient Name: SHERRIE KAW

HCSB                    34,580

| DESCRIPTION | AMOUNT |
|---|---|
| 19 PAGES @ 1.00 PER PAGE | 19.00 |
| *Med records* | |
| | |
| | |
| POSTED    PAID  SEP - 4 2008   BY: 31862 | |
| **TOTAL** | 19.00 |

Make all checks payable to Stephen J. Szabo, M.D, P.A.
Payment is due within 30 days.
If you have any questions concerning this invoice, contact Jamie at (813) 932-9265

**Thank you!**

RECEIVED
AUG 1 3 2008
THOMPSON, SIZEMORE, GONZALEZ & HEARING

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**HealthPort**

**INVOICE**

*Debra*
*Please*
*pay*
*34.580*

Invoice #: **0049452772**
Date: **08/05/2008**
Customer #: **1350881**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| CAREN R SKVERSKY<br>THOMPSON SIZEMORE ET AL<br>201 N FRANKLIN ST STE 1600<br>PO BOX 639<br>TAMPA, FL 33602- | CAREN R SKVERSKY<br>THOMPSON SIZEMORE ET AL<br>201 N FRANKLIN ST STE 1600<br>PO BOX 639<br>TAMPA, FL 33602- | U S F PHYSICIANS GROUP<br>12901 BRUCE B DOWNS BLVD<br>TAMPA, FL 33612 |

**Requested By:** THOMPSON SIZEMORE ET AL          **SSN:**
**Patient Name:** KAW SHERRIE P          **DOB:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 245 | 0.25 | 61.25 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 6.38 |
| Subtotal | | | 92.63 |
| Sales Tax | | | 6.48 |
| Invoice Total | | | 99.11 |
| Balance Due | | | 99.11 |

POSTED

PAID
SEP - 4 2008
BY: 3185

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**          **Please remit this amount : $ 99.11 (USD)**

## REQUEST FOR CHECK

| | |
|---|---|
| **DATE:** | September 22, 2008 |
| **CLIENT/MATTER NAME:** | HCSB/Kaw   34.580 |
| **CLIENT/MATTER NUMBER:** | 34.580 |
| **PAYABLE TO:** | Law Offices of Matthew Dietz, P.L. |
| **AMOUNT:** | $168.00 |
| **FOR:** | Production of documents |
| **RECEIPT ATTACHED:** | yes |
| **RUSH:** | **YES: x  NO:** ☐ |
| **IF YES,** <br> **DATE AND TIME NEEDED:** | **9/30/08** |
| **ATTORNEY:** | TMG |

# HealthPort
### INVOICE

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0051003397**
Date: **10/17/2008**
Customer #: 1350881

| Ship to: | Bill to: | Records from: |
|---|---|---|
| THOMPSON SIZEMORE ET AL<br>THOMPSON SIZEMORE ET AL<br>ONE TAMPA CITY CENTER<br>201 N FRANKLIN ST STE 1600<br>PO BOX 639<br>TAMPA, FL 33602- | THOMPSON SIZEMORE ET AL<br>THOMPSON SIZEMORE ET AL<br>ONE TAMPA CITY CENTER<br>201 N FRANKLIN ST STE 1600<br>PO BOX 639<br>TAMPA, FL 33602- | U S F PHYSICIANS GROUP<br>12901 BRUCE B DOWNS BLVD<br>TAMPA, FL 33612 |

Requested By: THOMPSON SIZEMORE ET AL          SSN:
Patient Name: KAW SHERRIE P                    DOB:

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 273 | 0.25 | 68.25 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping/Handling | | | 7.35 |
| Subtotal | | | 100.60 |
| Sales Tax | | | 7.04 |
| Invoice Total | | | 107.64 |
| Balance Due | | | 107.64 |

PAID
PAID    JAN 27 2009    PAID
BY: 32493

POSTED

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days          **Please remit this amount : $ 107.64 (USD)**

| Date | Description | Amount |
|---|---|---|
| 03/02/2009 | PAUL K. SPANGLER, CM, CRR - CHECK FOR TRANSCRIPT OF FINAL PRETRIAL CONFERENCE OF FEBRUARY 5, 2009, CASE NO. 8:07-CV-2222, HILLSBOROUGH COUNTY | $242.00 |
| 03/16/2009 | BOBBY SMITH - CHECK FOR WITNESS FEE AND MILEAGE FOR TRIAL | $77.40 |
| 03/16/2009 | JOE TRUMBACH - CHECK FOR WITNESS FEE AND MILEAGE FOR TRIAL | $59.80 |
| 03/16/2009 | MARY FARRUGIO - CHECK FOR WITNESS FEE AND MILEAGE FOR TRIAL | $60.90 |
| 03/16/2009 | DR. STEVEN SZABO - CHECK FOR WITNESS FEE AND MILEAGE FOR TRIAL | $48.80 |
| 03/18/2009 | S.L.J. OF TAMPA, INCORPORATED - CHECK FOR TRANSCRIPT OF PRETRIAL CONFERENCE HEARING ON 3/11/09 | $258.75 |
| 03/19/2009 | MERCURYSERVE, INC. - SERVICE FEE ON MARY FARRUGIO, CASE NO. 8:07-CV-02222-T-27TGW, HILLSBOROUGH COUNTY SCHOOL BOARD/KAW | $30.00 |
| 03/19/2009 | MERCURYSERVE, INC. - SERVICE FEE FOR SERVICE ON JOE TRUMBACH, HILLSBOROUGH COUNTY SCHOOL BOARD/KAW, CASE NO. 8:07-CV-02222-T-27TGW | $30.00 |
| 03/25/2009 | CYNTHIA CRAWFORD - CHECK FOR WITNESS FEE AND MILEAGE | $64.75 |
| 03/25/2009 | MERCURYSERVE, INC. - SERVICE FEE ON CYNTHIA CRAWFORD, CASE NO: 8:07-CV-02222-T-33TGW, HILLSBOROUGH COUNTY SCHOOL BOARD/KAW | $90.00 |
| 03/30/2009 | DR. ATHENA VALENCIA - CHECK FOR WITNESS FEE AND MILEAGE FOR TRIAL | $52.10 |
| 03/31/2009 | COPYING (642 @ $0.20) | $128.40 |

KAW, SHERRIE P

May 11, 2009
Client:        000034
Matter:       000580
Invoice #:      54760

Page:         12

| 04/15/2009 | MERCURYSERVE, INC. - CHECK FOR CASE NO. 8:07-CV-02222-T-33TGW, SERVICE ON RECORD CUSTODIAN TAMPA GENERAL HOSPITAL MEDICAL RECORDS DEPARTMENT, HCSB/KAW | $30.00 |
|---|---|---|
| 04/30/2009 | COPYING (1033 @ $0.20) | $206.60 |

*Payment is Due Upon Receipt of This Invoice*

# REQUEST FOR CHECK
### (Federal)

**DATE:** August 27, 2008

**CLIENT:** HCSB/Kaw, Sherrie – 34.580

**PAYABLE TO:** Athena Valencia

**AMOUNT:** $47.02

**FOR:** Witness fee for testimony.
($40.00 witness fee and $0.585 x 12 miles = $7.02)

**RUSH:** YES: X    NO:

**Need to send with process server as soon as possible.
Please return to Tina.**

**Thanks!!!**

**ATTORNEY:** CRS

**RETURN TO:** Tina

EXHIBIT

C

14644

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

**Invoice #2008007978**
**9/2/2008**

Caren R. Skversky
Thompson Sizemore Gonzalez & Hearing
201 N. Franklin St., #1600
Tampa, FL 33602



9/8/08

Debra-
OK to pay
HCSB/Kaw
34-580 Thks!
TINA

Your Contact: Tina Korakis
**Case Number: Middle 8:07-CV-02222-T-27TGW**

Plaintiff:
**SHERRIE KAW**

(34-580)

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 8/29/2008   Served: 8/29/2008 3:00 pm  INDIVIDUAL
To be served on: Dr. Athena Valencia

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Emergency Fee | 1.00 | 80.00 | 80.00 |
| TOTAL CHARGED: | | | $80.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$80.00** |

OK Dw



PAID
SEP 17 2008
BY: 31926

POSTED

We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

Invoice #2008010180
10/31/2008

Our Ref: 34.580

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

**Case Number: Middle 8:07-CV-02222-T-27TGW**

Plaintiff:
**SHERRIE KAW**

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 10/30/2008   Served: 10/30/2008 3:00 pm  SUBSTITUTE (BUSINESS OFFICE)
To be served on: Records Custodian New Tampa Christian Academy

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Expedited Fee (Hillsborough) | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:**          **$60.00**





PAID
NOV 1 8 2008
BY: 32219

We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

RECEIVED
NOV 0 3 2008
THOMPSON, SIZEMORE, GONZALEZ & HEARING

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

## REQUEST FOR CHECK

| | |
|---|---|
| **DATE:** | March 16, 2009 |
| **CLIENT/MATTER NAME:** | HCSB/Kaw |
| **CLIENT/MATTER NUMBER:** | 34.580 |
| **PAYABLE TO:** | Bobby Smith |
| **AMOUNT:** | $77.40 |
| **FOR:** | Witness Fee and Mileage for Trial |
| **RECEIPT ATTACHED:** | No |
| **RUSH:** | YES: x   NO: ☐ |
| **IF YES,**<br>**DATE AND TIME NEEDED:** | 3/16/09 |
| **ATTORNEY:** | TMG/CRS |



POSTED 32710
Pd . 3/16/09

# REQUEST FOR CHECK

| | |
|---|---|
| **DATE:** | March 16, 2009 |
| **CLIENT/MATTER NAME:** | HCSB/Kaw |
| **CLIENT/MATTER NUMBER:** | 34.580 |
| **PAYABLE TO:** | Joe Trumbach |
| **AMOUNT:** | $59.80 |
| **FOR:** | Witness Fee and Mileage for Trial |
| **RECEIPT ATTACHED:** | No |
| **RUSH:** | YES: x   NO: ☐ |
| **IF YES, DATE AND TIME NEEDED:** | 3/16/09 |
| **ATTORNEY:** | TMG/CRS |

POSTED
32712
Pd. 3/16/09

# REQUEST FOR CHECK

| | |
|---|---|
| **DATE:** | March 16, 2009 |
| **CLIENT/MATTER NAME:** | HCSB/Kaw |
| **CLIENT/MATTER NUMBER:** | 34.580 |
| **PAYABLE TO:** | Mary Farrugio |
| **AMOUNT:** | $60.90 |
| **FOR:** | Witness Fee and Mileage for Trial |
| **RECEIPT ATTACHED:** | No |
| **RUSH:** | YES: x   NO: ☐ |
| **IF YES, DATE AND TIME NEEDED:** | 3/16/09 |
| **ATTORNEY:** | TMG/CRS |

POSTED 32713
Pd. 3/16/09

## REQUEST FOR CHECK

| | |
|---|---|
| **DATE:** | March 16, 2009 |
| **CLIENT/MATTER NAME:** | HCSB/Kaw |
| **CLIENT/MATTER NUMBER:** | 34.580 |
| **PAYABLE TO:** | Dr. Steven Szabo |
| **AMOUNT:** | $48.80 |
| **FOR:** | Witness Fee and Mileage for Trial |
| **RECEIPT ATTACHED:** | No |
| **RUSH:** | YES: x   NO: ☐ |
| **IF YES,**<br>**DATE AND TIME NEEDED:** | 3/16/09 |
| **ATTORNEY:** | TMG/CRS |



POSTED
32711
Pd. 3/16/09

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

**Invoice #2009002689**
**3/19/2009**

34.580

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

**Case Number: Middle 8:07-CV-02222-T-27TGW**

Plaintiff:
**SHERRIE KAW**

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 3/16/2009   Served: 3/18/2009 2:40 pm  INDIVIDUAL
To be served on: Mary Farrugio

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Hillsborough) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |

**BALANCE DUE:** | | | **$30.00**







RECEIVED
MAR 24 2009
THOMPSON, SIZEMORE, GONZALEZ & HEARING

We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

**Invoice #2009002688**
**3/19/2009**

*Debra please pay*
*34.580.*

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

**Case Number: Middle 8:07-CV-02222-T-27TGW**

Plaintiff:
**SHERRIE KAW**

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 3/16/2009   Served: 3/18/2009 11:20 am  INDIVIDUAL
To be served on: Joe Trumbach

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee (Hillsborough) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |

| **BALANCE DUE:** | | | **$30.00** |
|---|---|---|---|

*OK DD*





We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

RECEIVED

MAR 24 2009

THOMPSON, SIZEMORE, GONZALEZ & HEARING

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

# REQUEST FOR CHECK

| | |
|---|---|
| **DATE:** | March 24, 2009 |
| **CLIENT:** | HCSB/Sherrie Kaw |
| **PAYABLE TO:** | Cynthia Crawford |
| **AMOUNT:** | $40.00 Witness Fee & 45 miles @ .55 = $24.75<br>TOTAL DUE:  $64.75 |
| **FOR:** | Federal Subpoena Witness Fee & Mileage |
| **RECEIPT ATTACHED:** | No |
| **RUSH:** | *10:00 A.M. Wed.*<br>YES: ☒  NO: ☐ |
| **IF YES,**<br>**DATE AND TIME NEEDED:** | **3/25/08** |
| **ATTORNEY:** | CRS |
| **RETURN CHECK TO:** | **Tina** |


POSTED 32773
Pd. 3/25/09

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

Invoice #2009003000
3/25/2009

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

Reference Number: 34-580
Your Contact: Tina Korakis
**Case Number: 8:07-CV-02222-T-33TGW**

Plaintiff:
**SHERRIE KAW**

*HCSB/Kaw*

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 3/25/2009    Served: 3/25/2009 2:10 pm  INDIVIDUAL
To be served on: Cynthia Crawford

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Expedited Fee (Statewide) | 1.00 | 90.00 | 90.00 |
| TOTAL CHARGED: | | | $90.00 |

**BALANCE DUE:** $90.00





PAID
APR 0 6 2009
BY: 32827

POSTED

RECEIVED

MAR 2 5 2009

THOMPSON, SIZEMORE, GONZALEZ & HEARING

We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

# REQUEST FOR CHECK

| | |
|---|---|
| **DATE:** | March 30, 2009 |
| **CLIENT/MATTER NAME:** | HCSB/Kaw |
| **CLIENT/MATTER NUMBER:** | 34.580 |
| **PAYABLE TO:** | Dr. Athena Valencia |
| **AMOUNT:** | $52.10 |
| **FOR:** | Witness Fee and Mileage for Trial |
| **RECEIPT ATTACHED:** | No |
| **RUSH:** | YES: x   NO: ☐ |
| **IF YES,** **DATE AND TIME NEEDED:** | 3/31/09 |
| **ATTORNEY:** | TMG/CRS |

POSTED
32802
Pd. 3/30/09

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

**Invoice #2009002691**
**3/30/2009**

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

*34.580*

Reference Number: 34-580
Your Contact: Tina Korakis
**Case Number:  8:07-CV-02222-T-33TGW**

Plaintiff:
**SHERRIE KAW**

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 3/16/2009    Served: 3/27/2009 11:00 am  CORPORATE
To be served on: Dr. Steven Szabo c/o Bay Area Psyciatric Consultants

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Hillsborough) | 1.00 | 30.00 | 30.00 |
| Extra-Stop (Hillsborough) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** | | | **$60.00**





RECEIVED

APR 0 6 2009

THOMPSON, SIZEMORE, GONZALEZ & HEARING

POSTED

PAID
APR 0 9 2009
BY: 32868

We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

**Invoice #2009003179**
**4/2/2009**

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

Reference Number: 34-580
Your Contact: Tina Korakis
**Case Number: 8:07-CV-02222-T-33TGW**

Plaintiff:
**SHERRIE KAW**

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 3/31/2009   Served: 4/2/2009 10:50 am  INDIVIDUAL
To be served on: Dr. Athena Valencia

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Hillsborough) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |
| | | | |
| **BALANCE DUE:** | | | **$30.00** |



POSTED

PAID
APR 2 4 2009
BY: 32916

RECEIVED
APR 0 8 2009
THOMPSON, SIZEMORE, GONZALEZ & HEARING

We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

# INVOICE

Invoice #2009003677
4/15/2009

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

Reference Number: 34-580
Your Contact: Tina Korakis
**Case Number:  8:07-CV-02222-T-33TGW**

Plaintiff:
**SHERRIE KAW**

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

*34,580*

Received: 4/13/2009   Served: 4/15/2009 1:45 pm  CORPORATE
To be served on: Record Custodian Tampa General Hospital Medical Records Department

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Hillsborough) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $30.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$30.00** |





We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

**MercuryServe, Inc.**
**500 E. Kennedy Blvd.**
**Suite 100**
**Tampa, FL 33602**
**Phone: (813) 223-5400**
**Fax: (813) 221-9686**
**Fed Id: 01-0622355**

Thomas Gonzalez
Thompson, Sizemore & Gonzalez & Hearing,
P.O. Box 639
One Tampa City Center / 201 N. Franklin
Tampa, FL 33601-0639

Your Contact: Tina Korakis
**Case Number: 8:07-CV-02222-T-33TGW**

Plaintiff:
**SHERRIE KAW**          *HCSB/Kaw*

Defendant:
**SCHOOL DISTRICT OF HILLSBOROUGH COUNTY**

Received: 3/16/2009   Served: 4/30/2009 11:30 am  INDIVIDUAL
To be served on: Dr. Bobby R. Smith

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Statewide) | 1.00 | 50.00 | 50.00 |
| Extra-Stop (Statewide) | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:**                                    **$100.00**





We appreciate your business.
PAYMENT DUE 14 DAYS FROM RECEIPT OF INVOICE.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w

Epperson & Associates, Inc.

# Invoice

2207 Branch Hill Street
Tampa, FL 33612

| Date | Invoice # |
|------|-----------|
| 6/12/2009 | 870 |

| Bill To |
|---------|
| Thompson, Sizemore, & Gonzalez & Hearing, Thomas M. Gonzalez, Esq. One Tampa City Center 201 N. Franklin Street, Suite 1600 Tampa, Fl. 33602 |

| Terms |
|-------|
|       |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | LOCAL SUBPOENA MIDDLE DISTRICT OF FLORIDA, TAMPA DIV., CASE # 8:07-cv-02222-T-33TGW | 30.00 0.00 | 30.00 |
|   | KAW V. SCHOOL DISTRICT OF HILLS. CO. # 34.580 |  |  |
|   | SERVED TO: R/C NEW TAMPA CHRISTIAN ACADEMY |  |  |
|   | THANK YOU! |  |  |

PAID
JUL 2 1 2009
BY 33310

POSTED

OKAO

| EIN # 80-0221292 | | **Total** | $30.00 |

RECEIVED
JUN 1 5 2009

Epperson & Associates, Inc.

2207 Branch Hill Street
Tampa, FL 33612

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2009 | 1373 |

| Bill To |
|---------|
| Thompson, Sizemore, & Gonzalez & Hearing, Thomas M. Gonzalez, Esq. One Tampa City Center 201 N. Franklin Street, Suite 1600 Tampa, Fl. 33602 |

| Terms |
|-------|
| Due on receipt |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | LOCAL SUBPOENA<br>US MIDDLE DISTR. OF FLORIDA, TAMPA DIV.<br>CASE # 8:07-cv-02222-T-33TGW<br><br>SHERRIE KAW V. SCHOOL DISTRICT OF HILLS. CO.<br><br>SERVED TO: DR. ANNE B. CURTIS, USF<br><br>THANK YOU! | 40.00 | 40.00 |

PAID
OCT 1 6 2009
BY: 33756

SEP 2 8 2009

EIN # 80-0221292

POSTED

| Total | $40.00 |
|-------|--------|