```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
SHERRIE KAW,

          Plaintiff,
v.                                 Case No. 8:07-cv-2222-T-33TGW

SCHOOL BOARD OF HILLSBOROUGH
COUNTY, FLORIDA,

          Defendant.
_____/
```

**ORDER**

This matter is before the Court pursuant to Defendant's Unopposed Motion to Lift Stay in the Enforcement of Defendant's Bill of Costs Pending Appeal (Doc. # 175), which was filed on August 31, 2011. For the reasons that follow, the Court grants the Motion.

**Discussion**

On February 13, 2008, Plaintiff filed her amended complaint against Defendant alleging violation of the Americans with Disabilities Act, the Florida Civil Rights Act, and the Rehabilitation Act. (Doc. # 14).

A jury trial was held during the week of October 5, 2009, resulting in a verdict favorable to Plaintiff. (Doc. # 147). On April 27, 2010, upon Defendant's motion, the Court granted Defendant judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. (Doc. # 161). The Clerk entered a Judgment in favor of Defendant on April 28,

2010. (Doc. # 162). Plaintiff filed an appeal on May 11, 2010. (Doc. # 165).

Defendant filed its Proposed Bill of Costs in the amount of $10,846.58 on May 11, 2010. (Doc. # 163). Plaintiff objected to certain items enumerated in Defendant's Bill of Costs and moved to stay enforcement of the costs pending appeal. (Doc. # 166). After hearing from both sides, the Court granted Plaintiff's request to stay enforcement of the costs pending resolution of the appeal. (Doc. # 171).

The Eleventh Circuit affirmed this Court's Rule 50(a) analysis and issued its decision as a Mandate on August 17, 2011. (Doc. # 173). At this juncture, Defendant filed an unopposed motion to lift the stay of the enforcement of Defendant's Bill of Costs because the appeal has been finally resolved. In the Motion, Defendant "requests that this Court lift its stay in the enforcement of the Defendant's award of costs and tax costs against the Plaintiff in the amount of $10,846.58." (Doc. # 175 at 2-3). The Court surmises that Plaintiff has withdrawn its previous objections to specific items of costs enumerated in Defendant's Bill of Costs because the Local Rule 3.01(g), M.D. Fla., Certificate contained in the Motion states, "Defendant has conferred with counsel for the Plaintiff, and the Plaintiff does not oppose the relief

requested." Id. at 3. Accordingly, the Court grants the unopposed Motion, lifts its stay of enforcement of costs, and taxes costs against Plaintiff in the amount requested by Defendant.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

(1) Defendant's Unopposed Motion to Lift Stay in the Enforcement of Defendant's Bill of Costs Pending Appeal (Doc. # 175) is **GRANTED**.

(2) The Court lifts the stay previously ordered regarding enforcement of Defendant's Bill of Costs.

(3) The Clerk is directed to tax costs against Plaintiff in the amount of $10,846.58.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of September, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record